**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tishann L. Kennedy             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-11739 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of CU Members Mortgage, A Division of Colonial Savings F.A and index same on the master mailing list.

Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
19 Jun 2023, 12:53:46, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322