# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                              Chapter 13

TISHANN L KENNEDY                   Bankruptcy No. 23-11739-AMC

2641 SOUTH DAGGETT STREET

PHILADELPHIA, PA 19142

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    TISHANN L KENNEDY

    2641 SOUTH DAGGETT STREET

    PHILADELPHIA, PA 19142

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/23/2023                                                                                    /s/ Kenneth E. West

                                                          _____
                                                          Kenneth E. West, Esquire
                                                          Chapter 13 Standing Trustee