IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re                                                  :
                                                       :    Chapter 13
   Tishann L Kennedy.                     :
                                                       :    Bankruptcy No. 23-11739
            Debtor.   :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 6-1 filed by the City of Philadelphia on September 15, 2023

                              Respectfully submitted,

                              THE CITY OF PHILADELPHIA

Dated: October 5, 2023        By:   /s/ Pamela Elchert Thurmond
                              PAMELA ELCHERT THURMOND
                              Senior Attorney
                              PA Attorney I.D. 202054
                              City of Philadelphia Law Department
                              Tax & Revenue Unit
                              1401 JFK Blvd., 5th Floor
                              Philadelphia, PA  19102-1595
                              215-686-0508 (phone)
                              215-686-0588 (facsimile)
                              Email: Pamela.Thurmond@phila.gov