IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           :   Chapter 13

Tishann L. Kennedy              :   Case No. 23-11739-amc

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
CU Members Mortgage, a Division of Colonial Savings F.A.
<u>AND CERTIFICATE OF SERVICE</u>

1. It is admitted that the Debtor missed payments doing home repairs and asks for a chance to get caught up.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

                                        <u>/s/ David M. Offen</u>
                                        David M. Offen Esquire
                                        Attorney for Debtor

Dated: October 31, 2023

A copy of this Answer is being served on MARK A. CRONIN, Esquire and the Chapter 13 Trustee.