# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 23-11739-AMC

TISHANN L KENNEDY

2641 SOUTH DAGGETT STREET

PHILADELPHIA, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TISHANN L KENNEDY

    2641 SOUTH DAGGETT STREET

    PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 11/1/2023

        /S/ Kenneth E. West
        _____
        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee