United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 23-11739-amc
Tishann L Kennedy                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 3
Date Rcvd: Dec 19, 2023                       Form ID: pdf900                            Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tishann L Kennedy, 2641 South Daggett Street, Philadelphia, PA 19142-2804 |
| 14790086 | | CU Members Mortgage, PO Box 650895, Dallas, TX 75265-0895 |
| 14791472 | + | CU Members Mortgage, A Division of Colonial Savings FA, C/O Mark A. Cronin, 701 Market St. Ste 5000, Philadelphia, PA 19106-1541 |
| 14790092 | | Penn Dental Medicine, Central Billing Office, 240 Soth 40th Street, Philadelphia, PA 19104-6030 |
| 14790093 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 20 2023 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 20 2023 00:20:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14815089 | | Email/Text: megan.harper@phila.gov | Dec 20 2023 00:20:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14790083 | | Email/Text: megan.harper@phila.gov | Dec 20 2023 00:20:00 | City of Philadelphia, Department of Revenue, Water Revenue Bureau, P.O. Box 41496, Philadelphia, PA 19101-1496 |
| 14790087 | + | Email/Text: bankruptcydesk@colonialsavings.com | Dec 20 2023 00:20:00 | CU Members Mortgage, 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 14791430 | ^ | MEBN | Dec 20 2023 00:11:29 | CU Members Mortgage, A Division of, Colonial Savings F.A, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14790084 | | Email/Text: bankruptcy@philapark.org | Dec 20 2023 00:20:00 | City of Philadelphia, Parking Violations Branch, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14822350 | + | Email/Text: megan.harper@phila.gov | Dec 20 2023 00:20:00 | City of Philadelphia, Water Revenue Bureau, C/O Pamela Elchert Thurmond, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102-1663 |
| 14790085 | + | Email/Text: bankruptcydesk@colonialsavings.com | Dec 20 2023 00:20:00 | Colonial Savings & Loans, Attn Bankruptcy, PO Box 2988, Fort Worth, TX 76113-2988 |
| 14805845 | + | Email/Text: bankruptcydesk@colonialsavings.com | Dec 20 2023 00:20:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |

Case 23-11739-amc    Doc 33    Filed 12/21/23    Entered 12/22/23 00:33:19    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14790088 | + | Email/Text: mrdiscen@discover.com | Dec 20 2023 00:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14790089 | | Email/Text: bankruptcy@firstpointcollectionresources.com | Dec 20 2023 00:20:00 | FirstPoint Collection Resources, Inc., PO Box 26140, Greensboro, NC 27402-6140 |
| 14790090 | ^ | MEBN | Dec 20 2023 00:11:28 | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14790091 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 20 2023 00:20:00 | PECO, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14790094 | ^ | MEBN | Dec 20 2023 00:11:32 | Philadelphia Gas Works, Attn: Bankruptcy Department, 800 West Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2898 |
| 14804334 | + | Email/Text: bankruptcy@philapark.org | Dec 20 2023 00:20:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14790096 | + | Email/Text: bankruptcy@philapark.org | Dec 20 2023 00:20:00 | Philadelphia Parking Authority, Deputy Director, Executive Support/Custo, 701 Market Street, Suite 5400, Philadelphia, PA 19106-1558 |
| 14797510 | | Email/Text: EDBKNotices@ecmc.org | Dec 20 2023 00:19:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN, 55116-0448 |
| 14790097 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 20 2023 00:20:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14790235 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 20 2023 00:28:25 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14790095 | *+ | Philadelphia Gas Works, Attn: Bankruptcy Department, 800 West Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2898 |
| 14790098 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14790099 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14790100 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14790101 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14790102 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14790103 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14790104 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2023        Signature:    /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2023 | Form ID: pdf900 | Total Noticed: 26 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:**

**Name**      **Email Address**

DAVID M. OFFEN
     on behalf of Debtor Tishann L Kennedy dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
     on behalf of Creditor CU Members Mortgage  a Division of Colonial Savings F.A. bkgroup@kmllawgroup.com

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
     on behalf of Creditor CU Members Mortgage  a Division of Colonial Savings F.A. bkgroup@kmllawgroup.com

MARK A. CRONIN
     on behalf of Creditor Colonial Savings FA bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
     on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

PAMELA ELCHERT THURMOND
     on behalf of Water Revenue Bureau c/o City of Philadelphia Law Department Tax & Revenue Unit Bankruptcy Group  MSB 1401 John F. Kennedy Blvd., 5th Floor Philadelphia, PA 19102-1595 pamela.thurmond@phila.gov, edelyne.jean-baptiste@phila.gov

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TISHANN L KENNEDY | Chapter 13 |
| Debtor | Bankruptcy No. 23-11739-AMC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: December 19, 2023**

_____
Honorable Ashely M. Chan
Bankruptcy Judge